# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CHRISTOPHER R. SANDLIN**
**ADC #136830**                                                                               **PLAINTIFF**

**V.**                    **No. 2:11CV00112 SWW-BD**

**MOSES M. JACKSON, III,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Sandlin's claim against Defendant Jackson for failing to follow Arkansas Department of Correction policy and procedure is DISMISSED with prejudice. Mr. Sandlin's excessive force and failure-to-protect claims relating to the March 2009 incident are DISMISSED without prejudice. Defendants Woodward, Williams, and Crumpton are DISMISSED as party Defendants.

IT IS SO ORDERED, this 28th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE