## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHRISTOPHER R. SANDLIN**
**ADC #136830**                                                          **PLAINTIFF**

**V.**                            **No. 2:11CV00112 SWW-BD**

**MOSES M. JACKSON, III,** *et al.*                          **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  No objections have been filed.  After careful review of the recommendation, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Sandlin's motion to amend (docket entry #11) is DENIED.

IT IS SO ORDERED, this 24th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE