# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHRISTOPHER R. SANDLIN**
**ADC #136830**                                                                                        **PLAINTIFF**

**V.**                                    **No. 2:11CV00112 SWW-BD**

**MOSES M. JACKSON, III,** *et al.*                                                    **DEFENDANTS**

## ORDER

Mr. Sandlin has moved to voluntarily dismiss his claims against Moses Jackson. (Docket entry #19)  For good cause, the motion (#19) is GRANTED.  Mr. Sandlin's claims against Mr. Jackson were the only claims left in the lawsuit.  Claims against Mr. Jackson are DISMISSED without prejudice.  The Clerk is directed to close this case.

IT IS SO ORDERED this 9th day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE