# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHRISTOPHER R. SANDLIN**
**ADC #136830**                                                                                                    **PLAINTIFF**

**V.**                    **No. 2:11CV00112 SWW-BD**

**MOSES M. JACKSON, III,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 9th day of September, 2011.


                                                                     /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE